**Terry O. PUCKETT, Petitioner,**

v.

**TENNESSEE VALLEY AUTHORITY,
Respondent.**

**No. 03–3066.**

United States Court of Appeals,
Federal Circuit.

Nov. 7, 2003.

Before RADER, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
SCHALL, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.